1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND JONES,                          Case No. 1:19-cv-01553-LJO-JLT (PC)

12                    Plaintiff,             **ORDER DISCHARGING ORDER TO SHOW
                                             CAUSE**
13          v.
                                             (Doc. 6)
14   PEREZ, et al.,

15                    Defendants.

16

17          On November 12, 2019, the Court ordered Plaintiff to show cause why this action should

18   not be dismissed for failure to exhaust administrative remedies. (Doc. 6.) Plaintiff responded and

19   stated that he did not exhaust because a defendant threatened to punish him with a false rules

20   violation report if he filed a grievance. (Doc. 11.) Plaintiff argues that the prison's administrative

21   remedy was unavailable to him, per *Ross v. Blake*, 136 S. Ct. 1850 (2016). (*See id.*)

22          Thus, the Court DISCHARGES the order to show cause. The Court does not reach the

23   merits of Plaintiff's claims because the failure to exhaust is generally an affirmative defense that

24   the defendants must plead and prove. *Jones v. Bock*, 549 U.S. 199, 216 (2007).

25

26   IT IS SO ORDERED.

27      Dated:   __December 27, 2019__            ____/s/ Jennifer L. Thurston____
                                                  UNITED STATES MAGISTRATE JUDGE
28