UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ; MORENO,<br><br>　　　　Defendants. | Case No. 1:19-cv-01553-NONE-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING SECOND EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 17)<br><br>30-DAY DEADLINE |

　　　　On March 19, 2020, the Court issued a screening order directing Plaintiff to file a first amended complaint within 21 days. (Doc. 14.) On April 22, 2020, the Court granted Plaintiff's motion for a 30-day extension of time to comply with the order. (Doc. 16.) Plaintiff did not file an amended complaint within the allowable time. Therefore, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to comply with the Court's order. (Doc. 17.)

　　　　On June 22, 2020, Plaintiff filed a response to the order to show cause. (Doc. 18.) Plaintiff states that prison law library services have been unavailable due to the coronavirus pandemic and that he requires additional time to prepare an amended complaint. (*Id.*)

///

///

///

Good cause appearing, the Court DISCHARGES the order to show cause (Doc. 17). Plaintiff SHALL have **30 days** from the date of service of this order to file a first amended complaint curing the deficiencies identified in the Court's second screening order (Doc. 14) or, in the alternative, a notice of voluntary dismissal. <u>Failure to comply with this order will result in a recommendation that this action be dismissed for failure to state a cognizable claim and to obey a court order.</u>

IT IS SO ORDERED.

Dated: **June 24, 2020**               /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE